IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 24-376 |
| ALBERT GROFF | : | |

ORDER FOR BENCH WARRANT

AND NOW, this 8th day of May, 2025, on motion of David Metcalf, United States Attorney for the Eastern District of Pennsylvania, it is ORDERED that a bench warrant be issued for the arrest of the defendant in the above-captioned case.

BY THE COURT:

HONORABLE PAMELA CARLOS
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 24-376 |
| ALBERT GROFF | : | |

MOTION FOR BENCH WARRANT

AND NOW, this 8th day of May, 2025, David Metcalf, United States Attorney for the Eastern District of Pennsylvania, and Mary E. Crawley and Samuel S. Dalke, Assistant United States Attorneys move the Court for the allowance of a bench warrant in the above-entitled case directed to the United States Marshal, Eastern District of Pennsylvania, or any other United States Marshal or officer authorized to execute same.

Respectfully submitted,

DAVID METCALF
United States Attorney

*/s/ Mary E. Crawley*
MARY E. CRAWLEY
SAMUEL S. DALKE
Assistant United States Attorneys