# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 5:24-cr-00376-1-JLS |
| | : | |
| ALAN REDMOND | : | |

## NOTICE OF ERRATA REGARDING ECF NO. 149

Defendant Alan C. Redmond respectfully submits this Notice of Errata concerning Defendant's Omnibus Pretrial Motion No. 1, filed at ECF No. 149.

The filed motion contains two inadvertent clerical errors. First, page 30 abbreviates the Court's title as "Hon. Jeffrey L. Schmehl." The corrected page states "The Honorable Jeffrey L. Schmehl" above "United States District Judge." Second, page 31 contains the stray internal drafting notation "END OF DRAFT" and related separator lines. Those items have been removed.

Attached are corrected replacement pages 30 and 31. The corrections are exclusively clerical. No factual assertion, legal argument, authority, requested relief, proposed ruling, signature, or original certificate-of-service date has been changed.

Defendant respectfully requests that the attached corrected pages be substituted for pages 30 and 31 of ECF No. 149.

Respectfully submitted,
/s/ Alan C. Redmond
Alan C. Redmond
Pro Se Defendant
2 High Road
Wyomissing, PA 19610
alanredmond23@gmail.com

Dated: July 20, 2026

## CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2026, I caused a true and correct copy of this Notice of Errata and the attached corrected pages to be served upon counsel for the United States, Assistant United States Attorneys Mary E. Crawley and Samuel S. Dalke, through the Court's CM/ECF system.

As to Counts 19 and 20: [ ] Count 20 is DISMISSED as multiplicitous of Count 19; OR [ ] the government shall elect between Count 19 and Count 20 within ____ days; OR [ ] the request is DENIED WITHOUT PREJUDICE to a post-verdict merger motion, with the jury instructed and the verdict form structured to prevent cumulative punishment.

3.    Counts 21-27 are SEVERED from Counts 1-20 for trial under Fed. R. Crim. P. 8(b) / 14.

4.    The Court confirms that Counts 1-20 are not barred by the applicable statute of limitations, measured from the Superseding Indictment's May 8, 2025 filing date without resort to relation-back.

(The bill of particulars as to Counts 2-20 and Count 1 is requested by separate order in Defendant's companion Omnibus Pretrial Motion No. 2 for a Bill of Particulars, Discovery Enforcement Under Rule 16, Enforcement of Brady/Giglio Obligations, Expert Disclosure Compliance, and Preservation of Evidence, filed concurrently, and is not duplicated in this order; paragraph 1 above concerns only the Count 27 responsible-person particularization requested in this motion.)

IT IS SO ORDERED.

The Honorable Jeffrey L. Schmehl
United States District Judge

Respectfully submitted,
/S/ Alan C. Redmond
Alan C. Redmond
Pro Se Defendant
2 High Road, Wyomissing, PA 19610
alanredmond23@gmail.com

30

Dated: July 17, 2026

CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2026, I caused a true and correct copy of the foregoing motion to be served on counsel for the United States, Assistant United States Attorneys Mary E. Crawley and Samuel S. Dalke, via CM/ECF.

/S/ Alan C. Redmond
Alan Redmond