IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

                        :          CRIMINAL ACTION

v.                 :

                        :          No. 24-376-01,02,03

ALAN REDMOND
BENE MARKET LLC
SEGURO MEDICO LLC

## NOTICE

Take notice that the defendant is scheduled for a **STATUS OF COUNSEL HEARING on THURSDAY JULY 30TH 2026 AT 1:30 P.M.** before the Honorable Jeffrey L. Schmehl, in Reading P.A.at the Gateway Bldg.201 Penn Street, in the 5th floor Courtroom.

☐ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☒ **Bail Status:** The defendant is on bail.  A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons: This Notice serves as a summons to appear in court.  If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.**

☐ **Interpreter:** A   **interpreter** will be required for the defendant.

☒ **Hearing continued from: 07/22/2026**

For additional information, please contact the undersigned.
By:         Kenneth Edward Duvak
             Courtroom Deputy to Judge Jeffrey L. Schmehl
             Phone: 610. 320.5030
Date:   07/23/2026

cc via email:    Defendant Alan Redmond
                 Defense Counsel
                 U.S. Attorney's: Mary Crawley, Samuel Dalke
                 Court Security
                 Probation Office
                 Pretrial Services
                 Interpreter Coordinator