Case 5:24-cr-00376-JLS Document 158-2 Filed 07/24/26 Page 1 of 2
20230724_Redmond_ECF_Lmt_Response_Exhibit_A_and_Proposed_Order.pdf Powered by Box

# Pro Se Electronic Filing



**Name:**

**Alan C. Redmond**

**Email Address:**

**alanredmond23@gmail.com**

**Phone Number**

**484-663-4433**

**Are you filing a new case?**

**No, I'm not filing a new case.**

**Case Caption**

**United States of America v. Alan Redmond, Bene Market LLC, and Seguro Medico LLC**

**Case Number**

**5:24-cr-00376-JLS**

**Description of Document(s)**

**Defendant Alan Redmond's Response in Opposition to the Government's Motion in Limine for a Determination That Records Are Authentic and Qualify as Business Records (ECF No. 147), with Proposed Order; and Defendant Alan Redmond's Response in Opposition to the Government's Motion to Admit Audio Recordings (ECF No. 148), with Proposed Order.**

**Do you have a mailing address?**

**Yes**

**Mailing Address Line 1**

**2 High Road**

**City:**

**Wyomissing**

**State:**

**PA**

**Zip Code:**

**19610**

**Terms of Submission**

**Yes**

Case 5:24-cr-00376-JLS   Document 158-2   Filed 07/24/26   Page 2 of 2