**BENJAMIN B. COOPER, ESQUIRE**
Attorney ID No. 58914
DAIGLE COOPER & ASSOCIATES LLC
535 W. Hamilton Street, Suite 105
Allentown, PA 18101
(610) 351-2264 tel
(484) 940-4322 fax
Benjamin.Cooper@daiglecooper.com
ATTORNEY FOR DEFENDANT

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>v.<br><br>SEGURO MEDICO LLC,<br><br>Defendant. | CRIMINAL NO.: 5:24-CR-00376-3 |

**ENTRY OF APPEARANCE**

AND NOW, comes **Benjamin Cooper, Esquire**, and hereby enters his appearance on behalf of the Defendant, **SEGURO MEDICO LLC,** in the above-captioned matter.

Please direct all future notices, pleadings, motions, orders, and correspondence in this matter to:

**Benjamin Cooper, Esquire**
Daigle, Cooper & Associates, LLC
535 West Hamilton Street Suite 105
Allentown, PA 18101
Phone: (610) 351-2264
Email: Benjamin.cooper@daiglecooper.com

Respectfully submitted,
**DAIGLE COOPER & ASSOCIATES LLC**

BENJAMIN B. COOPER, ESQUIRE
*Attorney for Defendant*
*SEGURO MEDICO LLC*

Date: August 3, 2026