**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | **NO. 24-376-01** |
| **v.** | : | |
| | : | |
| **ALAN REDMOND** | : | |
| **BENE MARKET LLC** | : | |
| **SEGURO MEDICO LLC** | : | |

**ORDER**

**AND NOW**, this 11th day of August, 2026, following the Court's Order (ECF No. 168) granting Defendants' Motion to Continue Trial, **IT IS HEREBY ORDERED** as follows:

1. A Pretrial Hearing shall be held on **Monday, November 16, 2026, at 10:00 AM** in the courtroom of the undersigned, 201 Penn Street, Fifth Floor, Reading, Pennsylvania; and
2. Motions in limine, proposed *voir dire* questions, jury instructions, trial memos and verdict slips must be filed by **Monday, December 7, 2026**.

**BY THE COURT:**

**/s/ Jeffrey L. Schmehl**
Jeffrey L. Schmehl, J.