IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA : CRIMINAL ACTION
v. :
: No. 24-376-01,02,03

ALAN REDMOND
BENE MARKET LLC
SEGURO MEDICO LLC

**NOTICE**

Take notice that the defendant is scheduled for a **PRETRIAL HEARING on MONDAY NOVEMBER 16TH 2026 AT 10:00 A.M. before the Honorable Jeffrey L. Schmehl,** in Reading P.A.at the Gateway Bldg.201 Penn Street, in the 5th floor Courtroom.

☐ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☒ **Bail Status:** The defendant is on bail. A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons: This Notice serves as a summons to appear in court. If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.**

☐ **Interpreter:** A **interpreter** will be required for the defendant.

☒ **Hearing continued from: 07/22/2026**

For additional information, please contact the undersigned.
By: Kenneth Edward Duvak
Courtroom Deputy to Judge Jeffrey L. Schmehl
Phone: 610. 320.5030
Date: 08/11/2026

cc via email: Defendant Alan Redmond
Defense Counsel Benjamin Brait Cooper
U.S. Attorney's: Mary Crawley, Samuel Dalke
Court Security
Probation Office
Pretrial Services
Interpreter Coordinator